**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1233**

---

In Re:  ROBIN DALE GRATHWOL, a/k/a Robin Grathwol Tinney, a/k/a Robin Grathwol Randall,

                Debtor.

-----------------------------

ROBIN DALE GRATHWOL,

                Plaintiff – Appellant,

        v.

COASTAL CAROLINA DEVELOPERS, INCORPORATED; B. LEON SKINNER; BLS LANDS, LLC; WALTER T. WILSON; COSWALD, LLC,

                Defendants - Appellees.

---

**No. 15-1236**

---

ANN F. GRATHWOL LIVING TRUST; ROBIN DALE GRATHWOL,

                Plaintiffs - Appellants,

        v.

COASTAL CAROLINA DEVELOPERS, INCORPORATED; COSWALD, LLC; B. LEON SKINNER; WALTER T. WILSON; HANOVER LAND, LLC.; W AND B INVESTMENT COMPANY, INCORPORATED,

                Defendants - Appellees.

LEGACY GROUP OF NC, INC.,

             Plaintiff - Appellant,

      v.

COASTAL CAROLINA DEVELOPERS, INCORPORATED,

             Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.   (7:14-cv-00082-F;  7:14-cv-00083-F;  7:14-cv-00084-F;  12-00294-8-SWH;  13-00023-8-SWH;  13-00024-8-SWH;  13-00025-8-SWH)

Submitted:  November 30, 2015        Decided:  January 11, 2016

Before DUNCAN, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Mason Oliver, LAW OFFICE OF OLIVER & CHEEK, PLLC, New Bern, North Carolina, for Appellants.  David James Haidt, AYERS & HAIDT, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellants in these consolidated appeals seek to appeal the district court's orders affirming the bankruptcy court's orders dismissing each of the three underlying adversary proceedings for lack of subject matter jurisdiction. Because we find that the proceedings were not "related to" the Chapter 11 bankruptcy case in which they were filed, see Valley Historic Ltd. P'ship v. Bank of N.Y., 486 F.3d 831, 835 (4th Cir. 2007), we affirm for the reasons stated by the district court. Grathwol v. Coastal Carolina Developers, Inc.; Ann F. Grathwol Living Trust v. Coastal Carolina Developers, Inc.; Legacy Group of NC, Inc. v. Coastal Carolina Developers, Inc., Nos. 7:14-cv-00082-F; 7:14-cv-00083-F; 7:14-cv-00084-F (E.D.N.C. Jan. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

AFFIRMED